WILLIAM W. GEROE, petitioner-appellant,

*v.*

JACINTHA ROSE GEROE, defendant-respondent,

[Submitted February 6th, 1940. Decided April 25th, 1940.]

*Mr. Robert J. McCurrie,* for the appellant.

*Messrs. Ward & McGinnis (Mr. Peter J. McGinnis,* of counsel), for the respondent.

PER CURIAM.

This appeal is from a decree in Chancery dismissing a petition for divorce filed by the husband for the cause of desertion.

The issue is entirely factual. This court does not lightly disturb factual findings of the lower tribunal. *Croake* v. *Summit Trust Co., 119 N. J. Eq. 356.* An inspection of the record discloses that the entry of decree of dismissal was proper and it is here affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—PERSKIE, J. 1.